IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES C. WYRICH, | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00682 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 29), recommending that Plaintiff's Motion for Attorney's Fees (Doc. No. 29, "Motion") be granted and that the Court award payment for attorney and paralegal time in the amount of $6,602.43 and expenses in the amount of $17.25. The Social Security Administration (SSA) does not oppose the Motion (Doc. No. 31), and (not surprisingly) no objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018

WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, the Motion (Doc. No. 29) is **GRANTED**. The Court awards payment for attorney and paralegal time in the amount of $6,602.43 and expenses in the amount of $17.25, and holds that, as indicated in the Report and Recommendation, the award be payable by the Social Security Administration subject to offset to satisfy any pre-existing debt that Plaintiff owes to the United States.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE